UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Thomas Young, | Court File No. 10-CV-2163 |
| | PAM/FLN |
| Plaintiff, | |
| vs. | **ORDER** |
| Greystar Management Services, L.P., | |
| Defendant. | |

Based upon the Stipulation of Dismissal With Prejudice entered into between the parties, it is hereby ordered that the above-captioned matter is hereby dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

Dated:  April 25 , 2011         BY THE COURT:

                                                s/Paul A. Magnuson
                                             The Honorable Paul A. Magnuson
                                             United States District Court Judge